IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KELLEY MALA
Plaintiff,

Civil Case.#08-22629-GOLD/WHITE

vs.

S.C. BITHER, et al.,
Defendants
_______________________________/

FILED by [signature] D.C.
AUG 19 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

INFORMATIVE MOTION BY PLAINTIFF KELLEY MALA TO UNITED STATES ATTORNEY'S OFFICE REQUESTING FOR INTERVIEW AND INVESTIGATION BE INITIATED BY FBI,OIG FOR CRIMINAL ACTS, BY FEDERAL BUREAU OF PRISONS STAFF OBSTRUCTION JUSTICE BY THREATS, COERCION AND INTIMIDATION

To Honorable Court & JEFFREY H. SLOMAN, U.S. ATTORNEY:

Since the filing of this civil case by plaintiff Mala individuals name as defendant have further retaliated in criminal element and intent commiting acts of Common Battery, verbal threats, by coercive action in having plaintiff Mala by initimative acts and techniques using job position influence plaintiff to withdrawal of civil action and administrative remedy in furtherance of investigation of claims pending on review as evidence and nexus this civil case.

Defendant acts,action and omission tantamount to be Obstruction of Justice tampering with Federal Judicial Processes and witness in a Federal Judicial Proceeding where the Court already found in it's earlier review acts of retaliation to plaintiff Mala while in hands of name as defendants FBOP Staff/Employees.

Respectfully Plaintiff Mala requesting FBI, INTERNAL AFFAIRS and OIG with United States Attorney's launch a expedite investigation I Kelley Mala grants and consent permission to be interview by FBI, INTERNAL AFFAIRS Official in comport of my claims in the instant matters .

WHEREFORE Plaintiff Kelley Mala further states in furtherance of the acts,action and omission of the name defendants action retaliation I submits affidavit in support of the incident as material facts and court file documents with letters from representing counsel which demonstrates defendant's obstructing communication with client plaintiff Mala in his direct appeal review reflects as claim raise in this civil case defendants acts deniel plaintiff Mala accessing the court where now spillover into Mala's liberty interest where counsel in the criminal appeal proceedings already had to file extension in effort to effectively confer matters with client Mala where communication have been obstructed by defendants in furtherance of retaliated action against Mala for filing this civil action.

Plaintiff Mala requesting for criminal investigation be initiated and is willing to testify before grand jury panel for the criminal acts,, where now FBOP staff Mitchell while acting out his threats have drop note with intent to cause Mala to be detain in (SHU) by SIS INVESTIGATION, will cause Mala deprivation to defend his present civil case in th District Court of Virgin Islands effectively, trial is set for December 1,2009 and discovery and pretrial processes where plaintiff Mala representing himself pro-se see Civil Case.#2006-120 District Court Virgin Islands, Kelley Mala v. CROWN BAY MARINA,INC, (DE.#109). and See First Circuit Court of Appeals U.S. v. Mala, App.No. 09-1435. with the attach documents as proffer proof of claims FCI MIAMI staff members denial communication between Mala and counsel in his criminal case where their acts, tantamount to cause actual injury and damages claims. See attach Affidavit,documents and adminstrative request to staff by Mala denial time off from work deatail to prepare case direct evidence of acts,action and omission in support

where plaintiff Mala need go no further he have outlined in support and demonstrated by material documentation and communication claims upon where relief can be granted defendants continue acts of re-taliation ,civil rights violation, obstruction of justice, Common Battery violation by threats,coercion and intimidation in effort to created obstructionist which deprives plaintiff Mala from accessing to the court and create default judicial process where Mr.Mitchell have forth warned Mala if he pursue the matters he will have SIS Investigation which would cause Mala's legal documents and materials to be confiscated, as same documents,record,reports in comport with this and other civil cases; he would have Mala's out going and in coming mail seized or disappear this also violates Postal Service Regulation under 18 U.S.C. §1701; §1703; §1708; Mr.Mitchell action Common Battery also violates 18 U.S.C. §241 and §242 as Mala being from a protected class of persons as Religous faith of "Rastafarian" where Mr.Mitchell note drop into unit team mail box against plaintiff Mala stated as being a snitch in effort to have Mala send to (SHU) Inmates Special Housing Unit for protection demonstrates a picture depicting a man hanging as being lynch ; Mr.Mitchell action threats, coercion by intimidation to have plaintiff Mala withdrawal these civil proceedings and adminsistrative remedy in furtherance of investigation in this case and defendants continue retaliative acts, violates 18 U.S.C§1501, §1509 and §1512 and all other Federal/Florida States statues not mentioned at this time.

This matter is serious and there is an need for the Court and Department of Justice U.S. Attorney's Office ,FBI,Internal Affairs, OIG intervene and criminal investigation is approve where criminal charges is render in support.

Wherefore Plaintiff Kelley mala sought and avers each and every claims submitted in his informative motion as claimed is true,correct and given to the best of my recollection certify and submitted under penalty of perjury 28 U.S.C.§1746 and 18 U.S.C.§1001.and submits documents and attach affidavit in support of authenticity of his claims are true,accurate and correct.

Kelley Mala-

Certificate of Service

I Kelley Mala have cause a true and exact copy of Motion with Affidavit and Documents attach to be served on U.S. Attorneys Office Attn: Jeffrey H. Sloman, Acting U.S. Attorney , Southern District of Florida 99 N.E. 4th St. Miami,Fl 33132, by certified mail service return stamp file copy return requested, this day August 15,2009 ,
certify as stated:

cc: OIG, Eric Holder Attorney General, Central Fedaral Bureaus of Prisons; Respesenting Counsel Lisa Aidlin; President Barack Obama.

# AFFIDAVIT OF CLAIMS

I Kelley Mala, over the age of 18 years old and submit my claims under the penalty of perjury certify 28 U.S.C.§1746 and 18 U.S.C.§1001 and states the following statement is correct and accurate given to the best of my knowledge:

On 8/13/2009 at 1:45 P.M. inmate Mala was notified by Education Staff Mr.Phillips that Mr.Mitchell Unit Manager summons for Mala come to Dolphin Unit. Inmate Mala on the 2:00 P.M. inmate move proceeded from Education Department to Dolphin Unit, when Mala arrived at dolphin unit where Mr.Mitchell was having a brief discussion with Counselor Pat Whitfield in her office, Mr.Mitchell instructed inmate Mala to wait outside Whitfield' office a few minutes, Mr.Mitchell exited Counselor Whitfield's office where Mr.Mitchell unlocked Unit Case Manager Ms.Robert's office and instructed inmate Mala to enter and closed the door., Mr.Mitchell instructed Mala to sit down where he Mr.Mitchell sat at the edge of Ms.Roberts desk about 2 feet away from inmate Mala , where Mr.Mitchell bend towards Mala about 8 inches face to face and in a whispering tone of voice but with an upset demeanor stated "Verbatim:

Inmate Mala who do you think you are fucking with me and my staff members with your administraive remedy filings, you are a fucking lyer and I know what to do with inmates like you who like to write up staff;

Mr.Mitchell stated: have you ever had a nightmare, I will make sure for fucking with me and my staff members make you life here at FCI MIAMI a living nightmare; verbatim by Mr.Mitchell: I have inmates here who will take care of you and your bullshit for fucking arround with me;

Mr.Mitchell further stated verbatim: I come from the penitentiary and have been a SIS Officer where I'll have my staff make your life a living hell, I'll have your cell search every day, I'll have all your legal documents confiscated for SIS Investigation and your out going and incoming mail would just disappear, phone calls I will restricked under SIS investigation, and Mr.Mala you will never see a camp or get any halfway house, you will do hard time day for day it will be like a living hell here at FCI MIAMI you are fucking with the right one with your administrative remedy bullshit.

Mr.Mitchell further stated verbatim: I know how to cover my tracks I have been SIS can't you see their is no witness here who they going to believe your word a trouble maker against staff or my word , Mr.Mitchell then stated you will now go to Ms.Whitfield and tell her you want to pull back all administrative remedy file against me and my staff members; Mr.Mitchell then stated verbatim:

Remember Mr.Mala if you think I am fucking joking I will make sure your life here a living hell and I can make your life after release a living hell for the rest of your life in the street where my brother-hood would make it much harder for fucking with me Mr.Mitchell then point to a tatoo on his shoulder arm area.

Mr.Mitchell terminated his conversation and stated: Mr.Mala get the fuck out of my face and go and do what you have to do and remove those administrative remedy filed.

page 2. Continue Affidavit of Claims:

Inmate Mala's version verbatim: After Inmate Mala quickly exited Ms.Roberts office and rush out Dolphin Unit , where Counselor Whitfield **being unaware** of Mr.Mitchell misappropriate misconduct threats, coercion by intimidation tried stop inmate Mala to give as same response to an adminstrative remedy, where Mala continue to proceed to Captain's Office and reported to Duty Lieutenant Monsibice at 2:15 P.M. the verbal assault by Mr.Mitchell , inmate Mala was provided with the attach INMATE REQUEST TO STAFF hand written by Duty Lieutenant address to name Staff Act.CPT. BURDEN & SIS Lt. WARREN; Mala was instructed to write a summary of the incident seal after and send it through inmate mail system and someone will contact him; Mala then exited Captain's Office and immediately reported the incident at 2:25 P.M. to Psychology Dept to Ms.Carmenates "Treatment Specialist", Mala were then evaluated of the matter where Mala provided a detailed as same in mentioned in affidavit of Mr.Mitchell's action;where it was determine and demonstrated Mala anxeity was high and was schedule for follow up on 08/14/2009 for 1:00 P.M. at Psychology Department Mala was release at 3:40 P.M. return to unit Dolphin for the 4:00 P.M. count; After 4:00 P.M. count inmate Mala confer the matters to Counselor Pat Whitfiled about Mr.Mitchell conduct and mis-appropriate behavior -- threats,coercion,by intimidation against Mala earlier;Mala explained in details the incident and the reason he did not response to Ms.Whitfield's earlier communication after exiting Dolphin Unit while proceeding to report to Captain's Office the incident, where Ms. Whitfield confer earlier that day before my incident with Mr.Mitchell, Mitchell asured her and Ms.Roberts,Mala wanted to withdraw his 8½ administrative remedy and was coming to do so; Ms.Whitfiled voice that she assumed Mr.Mitchell and Inmate Mala had a prearange meeting to discussion this matters.

After Mitchell Unit Manager committed his inappropriate acts threats,coercion by intimidation, Mitchell in effort to cover and conseal his action then drops into Unit Dolphin Team Inmate Mail Box a note with misrepresent information libel and slander of Mala's verbatim : MALA IS A SNITCHING MOTHER FUCKER", where on 08/14/09 Mala was summons to Captain's Office at 4:30 P.M. where SIS Officer Daily displayed the note writing in red ink and interview Mala for secuity measure where Mala explained to Officer Daily the incident between Unit Manager Mitchell and Mala on 08/13/2009 at Dolphin Unit, mala then handed Officer Daily a writen affidavit of the facts for submission investigation to SIS Lt. Warren and Act Captain Burden, Mala was release and send back to Unit at 4:35.P.M.

I Kelley Mala states this statement is true accurate and correct given to the best of my knowledge and recollection certify under 28 U.S.C.§1746 and 18 U.S.C.§1001.

[signature]
Kelley Mala
Reg.#01998094
P.O. Box 779800
FCI MIAMI
Miami,Fl 33177

P.O. Box 240
Sharon, MA 02067
(781) 784-1060

July 31, 2009

**VIA U.S. MAIL**

**ATTORNEY-CLIENT PRIVILEGED**
Kelley Mala
Reg. No. 01995-094
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Unit D
Miami, Florida 33177

Re: U.S. v. Kelley Mala
App. Num 09-1435

Mr. Mala,

I am so glad we at least got to connect this week for a few minutes. Unfortunately, the line cut out on your end. I understand that typically you only get one phone call so I wasn't surprised when you were unable to call back.

It took me several hours today just to get through to the prison. That is typical especially during shift changes. I left a message with your case manager Ms. Roberts to try and set up a phone call with you.

I filed a motion with the court today asking for an extension of until September 9, 2009 to file your opening brief. I have included a copy of the motion for your records. Obviously, we need to discuss your case further. I will continue to pursue contacting you through Ms. Roberts.

I am out of town Thursday thru Sunday of next week (Aug. 6th - 9th). You can call me collect on the weekends as well. Try again between 9:30 - 11: 15 am during

ATTACHMENT / EXHIBIT 1

the week, or evenings I we discussed. I look forward to speaking with you.

Sincerely,

By:

LISA AIDLIN

P.O. Box 240
Sharon, MA 02067
(781) 205-9115

August 10, 2009

**VIA U.S. MAIL**

**ATTORNEY-CLIENT PRIVILEGED**
Kelley Mala
Reg. No. 01995-094
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Unit D
Miami, Florida 33177

Re: U.S. v. Kelley Mala
App. Num 09-1435

Mr. Mala,

Unfortunately, we still have not been able to connect. Your case manager never tried calling back. I got a new phone number that now rings at all of my locations simultaneously. Please call me collect at: 781 205-9115. I think this new number will help us. Again, please try calling between 9:00 a.m. and noon or after 5 p.m.

I did get an extension from the court until Sept. 9th for your brief. I also am in receipt of your motion that you filed with the court last week. I told you in my last letter that I would be raising a Gall/Booker attack in your case. I also told you that we cannot raise any habeas claims in this appeal. That means that we cannot raise the alleged speedy trial act violations at this juncture. Moreover, we cannot raise ineffective assistance of counsel issues on direct appeal. These claims are reserved for habeas litigation.

Right now we can only attack your guilty plea and/or sentence. As I told you in the brief moments we had on the phone, I will be attacking your sentence. Aside from the habeas claims which cannot be raised in this appeal, it looks like we are on

ATTACHMENT / EXHIBIT 2

NO. 09-1435

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

UNITED STATES OF AMERICA,
Appellee

v.

KELLEY NORMAN JOSEPH MALA, a/k/a Kelly Mala,
Defendant-Appellant

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

**MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

Under Rule 26(b) of the Federal Rules of Appellate Procedure, counsel for Mr. Kelley Mala respectfully requests that this Court extend the time in which Mr. Kelley Mala has to file his opening brief and appendix. In support of this motion, counsel states as follows:

1. Currently, Mr. Kelley Mala's criminal appellate brief is due on August 17, 2009.

2. Counsel has been unable to speak to her client and has not received any correspondence from him regarding the merits of her appeal.

UNICOR FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH, KANSAS

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr.Mitchell Unit Manager | DATE: 8/11/2009 |
| FROM: Kelley Mala | REGISTER NO.: 01995094 |
| WORK ASSIGNMENT: Yard PM. | UNIT: Dolphin |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting your approval relief from work assign detail duty yard PM to prepare my legal documents for trial set December 1,2009 U.S. District Court, Iam in pre-trial schedule phase where numerous of documentation,legal research is required in comport with meeting schedule order dates by the District Court "ORDER" see attach proffer as proof in claims, I have July 31,2009 schedule which is untimely and I have August 28,2009 schedule have to meet schedule order and September, October and November schedule orders, see order as proof.

**I am representing myself pro-se I have no attorney in this federal case .**

[signature]

(Do not write below this line)

DISPOSITION: I HAVE CONFIRMED THE STATUS OF YOUR PENDING COURT CASE (CIVIL). HOWEVER, P.S. 7331.4 STATES THAT YOU WILL BE GIVEN REASONABLE TIME TO PREPARE YOUR "CIVIL" CASE, WHICH WILL BE CONDUCTED DURING YOUR LEISURE TIME. YOUR CURRENT JOB WILL NOT DETER YOUR ABILITY TO WORK ON YOUR "CIVIL" CASE.

[signature] 8/10/9

ATTACHMENT / EXHIBIT 3

| Signature Staff Member | Date |
|---|---|

FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

KELLEY MALA,

Plaintiff,

v.

CROWN BAY MARINE INC.

Defendant.

Civil No. 2006-120

APPEARANCES

**Kelley Mala**
*pro se plaintiff,*

**Mark Wilczynski, Esq.**
St. Thomas, U.S.V.I.
*for the defendant.*

**ORDER**

GÓMEZ, C.J.

It is hereby **ORDERED** that

1. Fact discovery in this matter shall be completed no later than May 29, 2009;[1]

2. The parties shall produce expert reports to each other no later than July 31, 2009;

3. Any expert reports responsive to those previously produced shall be filed no later than August 28, 2009;

---

[1] This deadline is for completion, *not initiation*, of fact discovery.

ATTACHMENT / EXHIBIT 4

4. Expert witness depositions shall take place no later than September 30, 2009;

5. The parties shall file dispositive motions no later than October 16, 2009;

6. The parties shall file any responses to the dispositive motions no later than November 5, 2009;

7. The parties shall file all pretrial memoranda no later than November 16, 2009;

8. The parties shall file all jury instructions no later than November 16, 2009;

9. The final pre-trial conference shall begin promptly at 9:00 a.m. on November 19, 2009.

10. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on December 1, 2009.** The trial period extends from December 1, 2009 to December 18, 2009. To the extent that there are conflicts, the trial date may change to any date within this period.

11. This Order supersedes any scheduling order that may have previously been entered in this matter.

S_________________________
**CURTIS V. GÓMEZ**
**Chief Judge**

DECLARATION OF JOSE BALERIANO GONZALEZ

I, Jose Baleriano Gonzalez, being first duly sworn under penalty of perjury, do hereby state that the following facts are true and correct.

That I have been confined in Federal Prison ever since December 15, 1988 and have passed through seven (7) different institutions throughout my incarceration. However, I have never had a problem as a result of Staff's Incompetence and/or in exercising my First Amendment Constitutional Right to Petition the Government for Redress or Grievances, until I came to FCI-Miami on September 15, 2005.

That on March 25, 2009 I was given an Incident Report in retaliation for exercising my Constitutional Right to Petition the Government for Redress or Grievance and convey (via print) the fact that if the lost Administrative Remedy Complaint was not located, that I was going to sue in federal court for obstruction of the Administrative Remedy Process, under the Administrative Procedure Act. However, after writing a Prison Grievance against the Staff Member who wrote the Incident Report, Mr. Mitchell (the Unit Manager in for "F" Unit) wanted me to sign a Preexisting Memo in which he stated that I voluntarily withdraw the above mentioned Prison Grievance against Staff Member.

That when I refused to sign the Preexisting Memo and told Mr. Mitchell that the reason for not signing the same was because the Staff Member wrote the Incident Report in retaliation for me stating that I was going to take the matter to Court, Mr. Mitchell immediately accused me of being the one who was retaliating against Staff Member for writing the Incident Report.

That upon leaving Mr. Mitchell's Office, I headed back to work in the Law Library. At which time Mr. Mitchell called the Supervisor of Education and/or other Staff Members in the institution and conspired to retaliate against me by removing me from the Law Library work detail, where I earned $25.50 per month, and reasigning me to the Yard a.m. work detail, earning less that $3.00 per month, raking up leaves and washing bird feces from the asphalt, inter alia. Therefore, on April 6, 2009, as a result of Mr. Mitchell's retaliation and/or conspiracy with others to retaliate against me, I was officially assigned to the yard a.m. work detail.

That shortly after I was placed in the Yard a.m. work detail, I filed Prison Grievances, requesting the name and title of the person responsible for the work detail change. however, Mr. Mitchell intentionally obstructed the Grievance Process by not forwarding my Grievance to the Warden until May 8, 2009, after being directed by A/W Wilson to locate the Grievance and walk it over to the Warden's Office.

That whenever I asked Staff for the name and title of the Staff Member who changed my work detail assignments, Staff Members bend over backwards to lie and/or cover up for the Staff Member who made the decision to change my job--and as stated above, they have retaliated against me and intimidated me, in order to deter me from pursuing the issue further.

I, Jose Baleriano Gonzalez, do hereby Certify under necessity and pursuant to Title 28, United States Code, Section 1746, that the foregoing facts are true and correct.

Further Affiant Says Not.



Thumb Print

Jose Baleriano Gonzalez (c)1960
UCC 9-102(a)(72) and UCC 1-308

ATTACHMENT / EXHIBIT 5